U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

THOMAS P. HOCHBAUM, Plaintiff
v.
CITY OF FULTON, a municipal Corporation, RANDY BALK, individually and in his official capacity as the City Administrator for the City of Fulton, and JAMES E. RHODES,

Case Number:

**FILED**
**JUNE 5, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF

**08 C 50097**

| | |
|---|---|
| NAME (Type or print) <br> DAVID M. PILLERS | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ David | |
| FIRM <br> PILLERS AND RICHMOND | |
| STREET ADDRESS <br> 615 10th Street | |
| CITY/STATE/ZIP <br> DeWitt IA 52742 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6257457 | TELEPHONE NUMBER <br> 563-659-2548 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |