# United States District Court for the Northern District of Illinois

Case Number: **08 C 5 0 0 9 7**　　　　Assigned/Issued By: _[signature]_

## FEE INFORMATION

**Amount Due:**　☒ $350.00　　☐ $39.00　　☐ $5.00
　　　　　　　　☐ IFP　　　　☐ No Fee　　☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: **350 —**　　　　Receipt #: **462400388l**

Date Paid: **6-6-08**　　　　Fiscal Clerk: _[signature]_

## ISSUANCES

**Type Of Issuance:**
☒ Summons　　　　　　　　　　☐ Alias Summons
☐ Third Party Summons　　　　　☐ Lis Pendens
☐ Non Wage Garnishment Summons
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets
☐ Writ _____
　　(Type of Writ)

**FILED**
JUN 0 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**3** Original and **0** copies on **6-6-08** as to _defts_
　　　　　　　　　　　　　　(Date)

C:\wpwin80\docket\fecinfo.frm　01/01

*copy to Judge Kapala*