| Larry Van Dyke | Rod Herrick | Kelly Wilhelmi |
|---|---|---|
| Chief Deputy | Captain | Corrections Lieutenant |
| 815-772-5218 | 815-772-5216 | 815-772-5202 |


MEMBER


MEMBER

# The Sheriff of Whiteside County Illinois

Roger "Skip" Schipper
Morrison, Illinois 61270
Phone: (815) 772-4044

*I certify I have served the enclosed paper on the respondent as follows:*

☑ **(A)**  PERSONAL SERVICE: By leaving a copy of the summons / complaint with the respondent.

☐ **(B)**  SUBSTITUTE SERVICE: By leaving a copy of the summons / complaint at the above abode with a person of age 13 years or older and a <u>resident</u>, informing said person of the contents. Also a copy of the summons was mailed to the respondent at his / her usual place of abode on _____ (Date).

☐ **(C)**  By leaving a copy of the summons / complaint with the REGISTERED AGENT, OFFICER, OR AGENT of each defendant corporation as indicated below.

☐ **(D)**  POSTED.

List full name of respondent: **RANDY BALK**    Case # **08 C 50097 (US COURT)**
Writ served on (if other than respondent): **RANDALL L. "RANDY" BALK**
Person Served:   Sex: **M**   Race: **W**   Age: **54**   DOB: **10-31-53**
Service / Posting   Date: **07-07-08**   Time: **8:27**   ☑ AM   ☐ PM
Location of Service / Posting: **FULTON CITY HALL. FULTON, IL.**
Additional Remarks: _____

☐ **(E)**  RESPONDENT NOT SERVED BECAUSE:
☐ Moved, Left No Forwarding    ☐ Moved, see new address
☐ Returned Per Attorney         ☐ No such address
☐ Unable to locate, list date & time of attempts

NEW ADDRESS: _____

**SHERIFF'S FEES**
Service:  $10.00
Return:   $5.00
12 Mileage: $12.00
Total:    $27.00

Roger Schipper, Sheriff
By: *(signature)*
**Deputy Sheriff**

**Whiteside County Sheriff's Department**

Civil Process: 815-772-5211
Records: 815-772-5217
Sheriff's Secretary: 815-772-5213
Juvenile Officer / Community Relations: 815-772-5209

400 N. Cherry Street
Morrison, Illinois 61270
Phone: (815) 772-4044

T.D.D.: 815-772-4044
FAX.: 815-772-7944
E.S.D.A.: 815-772-5215 / 772-2800