

Chief Deputy
815-772-5218

Captain
815-772-5216

Corrections Lieutenant
815-772-5202



**MEMBER**

# The Sheriff of Whiteside County Illinois

Roger "Skip" Schipper
Morrison, Illinois 61270
Phone: (815) 772-4044

**MEMBER**

*I certify I have served the enclosed paper on the respondent as follows:*

☐ **(A)**    *PERSONAL SERVICE:  By leaving a copy of the summons / complaint with the respondent.*

☐ **(B)**    *SUBSTITUTE SERVICE:  By leaving a copy of the summons / complaint at the above abode with a person of age 13 years or older and a <u>resident</u> , informing said person of the contents.  Also a copy of the summons was mailed to the respondent at  his / her usual place of abode on* _____ *(Date).*

☑ **(C)**    *By leaving a copy of the summons / complaint with the REGISTERED AGENT, OFFICER, OR AGENT of each defendant corporation as indicated below.*

☐ **(D)**    *POSTED.*

*List full name of respondent:*    **CITY OF FULTON**    *Case #*   **08 C 50097 (US COURT)**

*Writ served on (if other than respondent):*    **RANDALL L. "RANDY" BALK**

*Person Served:  Sex:* **M**    *Race:* **W**    *Age:* **54**    *DOB:* **10-31-53**

*Service / Posting*    *Date:* **07-07-08**    *Time:* **8:27** ☑ *AM* ☐ *PM*

*Location of Service / Posting:*    **FULTON CITY HALL. FULTON, IL.**

*Additional Remarks:* _____

_____

_____

☐ **(E)**    *RESPONDENT NOT SERVED BECAUSE:*

☐ *Moved, Left No Forwarding*      ☐ *Moved, see new address*

☐ *Returned Per Attorney*      ☐ *No such address*

☐ *Unable to locate, list date & time of attempts*    _____

_____

_____

*NEW ADDRESS:* _____

**SHERIFF'S FEES**

*Service:* **$10.00**

*Return:* **$5.00**

**0** *Mileage:* **$0.00**

*Total:* **$15.00**

*Roger Schipper, Sheriff*

By: *Roger Schipper*

**Deputy Sheriff**

## Whiteside County
## Sheriff's Department

400 N. Cherry Street
Morrison, Illinois 61270
Phone: (815) 772-4044

Civil Process: 815-772-5211
Records:  815-772-5217
Sheriff's Secretary:  815-772-5213
Juvenile Officer / Community Relations:  815-772-5209

T.D.D.:  815-772-4044
FAX.:  815-772-7944
E.S.D.A.:  815-772-5215 / 772-2800