Larry R. Van Dyke  
Chief Deputy  
815-772-5218

Rod Herrick  
Captain  
815-772-5216

Kelly Willhelmi  
Corrections Lieutenant  
815-772-5202


MEMBER

# The Sheriff of Whiteside County Illinois

Roger "Skip" Schipper  
Morrison, Illinois 61270  
Phone: (815) 772-4044


MEMBER

*I certify I have served the enclosed paper on the respondent as follows:*

☑ **(A)** PERSONAL SERVICE: By leaving a copy of the summons / complaint with the respondent.

☐ **(B)** SUBSTITUTE SERVICE: By leaving a copy of the summons / complaint at the above abode with a person of age 13 years or older and a <u>resident</u>, informing said person of the contents. Also a copy of the summons was mailed to the respondent at his / her usual place of abode on _____ (Date).

☐ **(C)** By leaving a copy of the summons / complaint with the REGISTERED AGENT, OFFICER, OR AGENT of each defendant corporation as indicated below.

☐ **(D)** POSTED.

List full name of respondent: **JAMES RHOADES**      Case # **08 C 50097 (US COURT)**

Writ served on (if other than respondent): **JAME E. RHOADES**

Person Served:   Sex: **M**   Race: **W**   Age: **50**   DOB: **02-24-58**

Service / Posting   Date: **07-07-08**   Time: **8:20**   ☑ AM ☐ PM

Location of Service / Posting: **FULTON CITY HALL, FULTON, IL.**

Additional Remarks: _____

☐ **(E)** RESPONDENT NOT SERVED BECAUSE:

☐ Moved, Left No Forwarding   ☐ Moved, see new address  
☐ Returned Per Attorney   ☐ No such address  
☐ Unable to locate, list date & time of attempts

NEW ADDRESS: _____

**SHERIFF'S FEES**  
Service: **$10.00**  
Return: **$5.00**  
0  Mileage: **$0.00**  
Total: **$15.00**

Roger Schipper, Sheriff  
By: _____  
Deputy Sheriff

Whiteside County  
Sheriff's Department

Civil Process: 815-772-5211  
Records: 815-772-5217  
Sheriff's Secretary: 815-772-5213  
Juvenile Officer / Community Relations: 815-772-5209

400 N. Cherry Street  
Morrison, Illinois 61270  
Phone: (815) 772-4044

T.D.D.: 815-772-4044  
FAX.: 815-772-7944  
E.S.D.A.: 815-772-5215 / 772-2800