# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                  Case Number: 08 C 50097

Thomas P. Hochbaum v. City of Fulton, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Thomas P. Hochbaum

| | |
|---|---|
| NAME (Type or print) <br> Amanda W. Trejo | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Amanda W. Trejo | |
| FIRM <br> Pillers and Richmond | |
| STREET ADDRESS <br> 615 10th Street | |
| CITY/STATE/ZIP <br> DeWitt, Iowa 52742 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06229384 | TELEPHONE NUMBER <br> 563-659-2548 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |