IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| THOMAS P. HOCHBAUM, | ) |
| | ) |
| Plaintiff, | ) No. 08 C 50097 |
| | ) |
| vs. | ) Judge Frederick J. Kapala |
| | ) |
| CITY OF FULTON, *et al.* | ) Magistrate Judge P. Michael Mahoney |
| | ) |
| Defendants. | ) |

**PARTIES' PROPOSED CASE MANAGEMENT ORDER**

I.     Pursuant to Fed. R. Civ. P. 26(f), a meeting was held by telephonic and/or electronic means on August 6, 2007 and was attended by:

David M. Pillers for plaintiff;

Stephen E. Balogh for defendants.

II.     Fed. R. Civ. P. 26(a)(1) materials will be exchanged by September 30, 2008.

III.     Alternative Dispute Resolution Mediation.  Counsels hereby certify that their respective clients have read the Pamphlet governing the court's mediation program, that counsels have discussed with their respective clients the available dispute resolution options provided by the court and private entities, and that counsels have given an estimation of the fees and costs that would be associated with the litigation of this mater, through trial, to their clients.  Further, counsels have provided to their clients an estimate of the fees and expenses reasonably expected to be incurred through an early successful mediation.  Counsels certify that they have discussed the available ADR options with their clients and have considered how this case might benefit from those options.  Lastly, if this is a fee shifting case, defense counsels certify they have discussed the advantages and disadvantages of making a Rule 68 offer of judgment.

The parties request this case be excused from ADR.

IV.     Discovery Plan.  The parties jointly propose to the court the following discovery plan:

A) Discovery will be needed on the following subjects:

Official and individual capacity liability of defendants Rhoades and Balk, liability of the City of Fulton and damages.

B) Maximum of 25 interrogatories in each party to any other party.

C) Maximum of 30 requests for admission by each party to any other party.

D) Maximum of 10 depositions by plaintiff and 10 by each separately represented defendant or defendant group.

E) Each deposition shall be limited to a maximum of 3 hours except that the deposition of plaintiff and defendants Rhoades and Balk shall be limited to one business day not to exceed 6 hours.

F) Fact discovery cutoff is set for May 1, 2009.

G) Rule 26(a)(2) discovery is reserved.

H) Final discovery cutoff is reserved.

I) Time for the parties to amend pleadings and add counts or parties is hereby established as December 1, 2008.

J) The parties suggest the next discovery conference with the court be December 3, 2008.

All dispositive motions will be due June 1, 2009. The parties agree pleadings, motions and briefs may be exchanged by e-mail, fax or other electronic means.

Entered_____                    _____
                                        Magistrate Judge P. Michael Mahoney