# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Western Division

Thomas P Hochbaum
                              Plaintiff,

v.                                       Case No.: 3:08−cv−50097
                                              Honorable Frederick J. Kapala

City of Fulton, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 5, 2008:

      MINUTE entry before the Honorable P. Michael Mahoney:Initial Pretrial conference held on 9/5/2008. Case management order approved. FRCP 26(a)(1) disclosure due 9/30/08. FRCP 26(a)(2) reserved. Amended Pleadings due by 12/1/2008. Fact Discovery ordered closed by 5/1/2009. Dispositive Motions due by 6/1/2009. Discovery Hearing set for 12/3/2008 at 01:30 PM. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.